THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| MICHAEL ANTHONY TAYLOR, et al. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05-4173-CV-C-SOW |
| | ) | |
| LARRY CRAWFORD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**OBJECTIONS TO INTERROGATORIES SEEKING IDENTITIES
AND IDENTIFYING INFORMATION
<u>AND SUBMISSION OF PROPOSED PROTECTIVE ORDER</u>**

Defendants Crawford and Purkett, through counsel, submit the attached proposed protective order for the appropriate protection of information regarding the training, credentials, qualifications, and experience of persons involved in executions in Missouri that defendants will be willing to provide, subject to the protections of the proposed protective order, in response to interrogatories addressed to them by plaintiffs

Defendants have been informed by counsel for plaintiff Taylor that he and counsel for plaintiff Clay do not agree to entry of a protective order unless the actual identities of persons involved in carrying out executions will also be provided.

Defendants object to providing the actual identities of persons involved in carrying out executions because the identities are not relevant and will not reasonably lead to the discovery of admissible evidence. The issue in this case is whether Missouri's method of execution is constitutional. The method is what it is, regardless of the identity of the persons

1

who are implementing it. There could potentially be some issues with regard to qualifications of the persons involved, but that is what defendants propose to provide (with regard to the last four executions) subject to the protective order.

Defendants further object to providing the identities of persons involved in carrying out executions because of the security interests of these persons and of the prison and because of the privacy interests of the persons involved. If the persons involved are identified, this could well lead to them being targeted for harassment or even physical retaliation by offenders, their families, their friends, or others opposed to the death penalty.

Defendants have similar security and privacy objections to providing the requested information regarding training, credentials, qualifications, and experience of persons involved in executions in Missouri because such information could be used to identify the persons involved in the executions. But again, defendants do propose to provide this background information (with regard to the last four executions) subject to the protective order.

Additionally, defendants object to providing identities and identifying information with regard to persons involved in carrying out executions by lethal injection in Missouri for all such executions. (Lethal injection has been the method of execution in Missouri since 1989.) Such information for this full length of time is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence. The background information that defendants propose to provide subject to the attached protective order covers the last four executions in Missouri.

2

WHEREFORE, defendants request this Court to enter the proposed order for the appropriate protection of the information to be supplied.

    Respectfully submitted,

    JEREMIAH W. (JAY) NIXON
    Attorney General

    /s/ Michael Pritchett

    MICHAEL PRITCHETT
    Assistant Attorney General
    Missouri Bar No. 33848

    /s/ Steven Hawke

    STEVEN HAWKE
    Assistant Attorney General
    Missouri Bar No. 35242

    P. O. Box 899
    Jefferson City, Missouri 65102
    Telephone No. (573) 751-3321
    Fax No. (573) 751-9456

    ATTORNEYS FOR DEFENDANTS
    CRAWFORD AND PURKETT

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

John W. Simon, Attorney at Law
2683 South Big Bend Boulevard, # 12
St. Louis, MO 63143-2100

Elizabeth Unger Carlyle, Attorney at Law
200 S.E. Douglas, Suite 200
Lee's Summit, MO 64063

Jennifer Herndon, Attorney at Law
33 Flower Valley, #188
St. Louis, MO 63033

/s/ Michael Pritchett
Assistant Attorney General

4