IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| MICHAEL ANTHONY TAYLOR, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 05-cv-4173-FJG |
| v. ) | |
| ) | |
| LARRY CRAWFORD, Director, Missouri ) | |
| Department of Corrections, et al., ) | |
| ) | |
| Defendants. ) | |

# ORDER

The United States Court of Appeals for the Eighth Circuit remanded this case for reassignment to another judge for an immediate hearing. See Taylor v. Crawford, No. 06-1278, slip. op. at 1 (8th Cir. Jan. 29, 2006). Pursuant to the order of the Court of Appeals, this Court hereby

ORDERS that this case is reassigned to District Judge Fernando J. Gaitan, Jr.

                                                    /s/ Dean Whipple
                                                      Dean Whipple
                                                  United States District Judge

Date: January 30, 2006