# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | | |
|---|---|---|
| MICHAEL ANTHONY TAYLOR | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 05-4173-CV-C-FJG |
| | ) | |
| LARRY CRAWFORD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Currently pending before this Court is petitioner's motion to proceed in forma pauperis on appeal (Doc. # 78).

Federal Rule of Appellate Procedure 24(a)(3) states in part:

A party who was permitted to proceed in forma pauperis in the district-court action, or who was determined to be financially unable to obtain an adequate defense in a criminal case, may proceed on appeal in forma pauperis without further authorization, unless:

(A) the district court - before or after the notice of appeal is filed - certifies that the appeal is not taken in good faith or finds that the party is not otherwise entitled to proceed in forma pauperis and states in writing its reasons for the certification or finding; or

(B) the statute provides otherwise.

The Court has determined that petitioner's appeal is not taken in good faith, and therefore the Court hereby **DENIES** petitioner's Motion for Leave to Proceed In Forma Pauperis on Appeal (Doc. # 78).


Date: February 1, 2006　　　　　　　　　　**S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri　　　　　　　　　　　Fernando J. Gaitan, Jr.
　　　　　　　　　　　　　　　　　　　　　United States District Judge