# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

MICHAEL ANTHONY TAYLOR       )
                                     )

                    Plaintiff,      )

vs.                                 )      No. 05-4173-CV-C-FJG

                                     )

LARRY CRAWFORD, et al.,       )

                                     )

                   Defendants.  )

# ORDER

The Court hereby orders that John Doe No. 1 answer the following

interrogatories on or before **3:00 p.m. Thursday May 25, 2006**. The responses shall

be answered truthfully under penalty of perjury.

**Interrogatory No. 1:** By what authority was the lethal injection protocol for the State of Missouri initially determined?

**Interrogatory No. 2:** Who was responsible for initially developing the lethal injection protocol for the State of Missouri? Please state as specifically as possible the factors or medical information that was consulted when the protocol was developed.

**a.** If you do not know the specific answer to this question, please state how you were first advised as to what the protocol was to be?

**Interrogatory No. 3:** Is the lethal injection protocol codified in any publication, policy statement or state regulation? If so, please state the source. If not, has the protocol ever been written down?

**Interrogatory No. 4:** Is there a procedure or guidelines which are followed when the protocol is modified or changed?

**a.** If so, state as specifically as possible all factors or medical information which were considered or consulted before modifications or changes are made.

**b.** If so, please describe what steps are taken to modify the protocol?

**c.** If there is no procedure or guidelines in place for modifying the protocol, under what or whose authority can the protocol be changed?

**d.** If the protocol can be changed solely on discretion of John Doe No. 1, describe on what basis you would modify or have modified the protocol?

**e.** Is there anyone else besides John Doe No. 1 who can modify or suggest modifications to the protocol? If so, please provide their names and titles.

**f.** If modifications or changes are made to the lethal injection protocol, who is informed of these changes and how are they informed?

**Interrogatory No. 5:** How many times has the protocol been modified since it was put into place?

**a.** For each time that the protocol was modified, please describe the way it was modified and the rationale behind the modification?

**Interrogatory No. 6:** What was the reason that the protocol was modified for the execution of Mr. Gray and for the anticipated execution of plaintiff?

**Interrogatory No. 7:** Who was consulted before the dosage of thiopental was decreased from 5.0 grams to 2.5 grams for the last two executions?

**a.** Explain in detail the reasons for the change?

**b**. What legal or medical authority was relied upon?

**Interrogatory No. 8:** What is your medical background?

**a.** Do you have a speciality?

**b.** Describe your experience with anesthesiology?

**c.** Did you rely upon your experience with anesthesiology to reduce the dosage of thiopental from 5.0 grams to 2.5 grams?

**d.** If you relied upon other sources to make that decision please describe them in detail.

**Interrogatory No. 9:** Describe in detail the functions of each member of the execution team?

**Interrogatory No. 10:** Were you aware that Terry Moore testified to this Court on January 31, 2006 that 5 grams of thiopental is used in the lethal injection execution protocol, when in actuality only 2.5 grams was used in the execution of Mr. Gray and only 2.5 grams was prepared for plaintiff's execution?

**a.** Is Terry Moore, Director of the Adult Institutions Division for the Department of Corrections, one of the persons consulted about changes to the lethal injection protocol?

**b.** What if any working relationship do you have with Mr. Moore?

**c.** Why was his testimony contradictory to the drug log prepared for the Gray execution?

**d**. Why was his testimony contradictory to the lethal injection protocol that was prepared for plaintiff's execution?


Date: May 25, 2006                          **S/ FERNANDO J. GAITAN**, **JR.**
Kansas City, Missouri                       Fernando J. Gaitan, Jr.
                                            United States District Judge

3