IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

MICHAEL ANTHONY TAYLOR )
)
Plaintiff, )
vs. ) No. 05-4173-CV-C-FJG
)
LARRY CRAWFORD, et al., )
)
Defendants. )

# ORDER

Currently pending before the Court is plaintiff's Motion to Depose Dr. Mark Dershwitz (Doc. # 163). Plaintiff also filed a Supplement to their original motion on May 31, 2006.

Plaintiff states that defendants have refused to produce Dr. Dershwitz for a deposition or to provide an expert report regarding his conclusions and the bases of any rebuttal testimony that he intends to give. On May 30, 2006, defendants filed an Expert Report of Dr. Dershwitz which does disclose the bases of his rebuttal testimony. Additionally, defendants have indicated that Dr. Dershwitz will be present at the hearing. Plaintiff states that Dr. Dershwitz's report raises numerous questions that require further inquiry and they need an opportunity to inquire into those conclusions in a setting that allows for follow up questions. However, because Dr. Dershwitz will be present at the hearing, plaintiff will have this opportunity. Therefore, the Court finds it unnecessary to allow the deposition of Dr. Dershwitz and **DENIES** plaintiff's Motion to Depose Dr. Mark Dershwitz.

Date: May 31, 2006　　　　　　　　　　　　**S/ FERNANDO J. GAITAN**, **JR.**
Kansas City, Missouri　　　　　　　　　　　Fernando J. Gaitan, Jr.
　　　　　　　　　　　　　　　　　　　　　United States District Judge