IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| MICHAEL ANTHONY TAYLOR | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) No. 05-4173-CV-C-FJG |
| | ) |
| LARRY CRAWFORD, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Currently pending before the Court is Plaintiff's Motion to Reconsider the Order Denying Plaintiff's Motion to Depose Dr. Dershwitz (Doc. # 167).

Plaintiff argues that under the Federal Rules of Civil Procedure he is entitled to depose Dr. Dershwitz because he will be testifying at the hearing. While ordinarily this would be true, as the Court has reminded plaintiff on numerous occasions this is not an ordinary case with a normal discovery schedule. The Eighth Circuit has given the parties and this Court a very short amount of time to conduct a limited inquiry. In light of this fact, the Court will consider allowing plaintiff to conduct a limited deposition of Dr. Dershwitz. However, before deciding whether to allow this deposition to take place, the Court would like plaintiff's counsel to submit to the Court in camera, a list of questions which they would propose to ask Dr. Dershwitz. The Court also cautions plaintiff's counsel that the proposed questions should only focus on the issues which Dr. Dershwitz discussed in his rebuttal report. Plaintiff's counsel shall submit their proposed questions to this Court for review no later than **Friday June 2, 2006 at 10:00 a.m.**

Date: June 1, 2006
Kansas City, Missouri

**S/ FERNANDO J. GAITAN, JR.**
Fernando J. Gaitan, Jr.
United States District Judge