IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| MICHAEL ANTHONY TAYLOR ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | No. 05-4173-CV-C-FJG |
| ) | |
| LARRY CRAWFORD, et al., ) | |
| ) | |
| Defendants. ) | |

# ORDER

Currently pending before the Court is plaintiff's Supplemental Motion to Take the Deposition of Dr. Dershwitz (Doc. # 165) and plaintiff's Motion to Reconsider the Order Denying Plaintiff's Motion to Depose Dr. Dershwitz (Doc. # 167).

After consideration of the parties' briefs on this matter and the questions submitted to the Court in camera, the Court hereby **CONDITIONALLY DENIES** plaintiff's Supplemental Motion to Depose Dr. Dershwitz and the Motion to Reconsider the Order Denying the Motion to Depose Dr. Dershwitz.

Date: June 2, 2006
Kansas City, Missouri

**S/ FERNANDO J. GAITAN, JR.**
Fernando J. Gaitan, Jr.
United States District Judge