# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| MICHAEL ANTHONY TAYLOR | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) No. 05-4173-CV-C-FJG |
| | ) |
| LARRY CRAWFORD, et al., | ) |
| | ) |
| Defendants. | ) |

# ORDER

Currently pending before the Court is plaintiff's Motion to Reconsider the Court's June 7, 2006 Order (Doc. # 185).

Plaintiff believes that six hours is an inadequate amount of time for examining its three expert witnesses and four fact witnesses. Plaintiff also objects to the Defendants' cross-examination of Plaintiff's witnesses counting against Plaintiff's six hour total. Plaintiff argues that this arrangement divests Plaintiff's counsel of the control they need to present Plaintiff's case within the tight time limits set by the Court.

The Court does not agree. As was noted in the Order, the Court may in its discretion adjust the time limits if this becomes necessary during the course of the hearing. The time limits which the Court imposed are not unreasonable, especially considering that plaintiff has only listed seven witnesses. The Court has found that the imposition of time limits forces counsel to use their time wisely. Accordingly, plaintiff's Motion to Reconsider the Court's June 7, 2006 Order (Doc. # 185) is hereby **DENIED**.

Date: June 9, 2006  **S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri  Fernando J. Gaitan, Jr.
United States District Judge